SCPW-16-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

GARY KAPLAN, FRANCIS SEQUEIRA, and
HALAWA CORRECTIONAL FACILITY STAFF, Respondents.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's "Motion for Writ of Mandamus," filed on June 8, 2016, which we review as a petition for writ of mandamus, the documents attached thereto and submitted in support thereof, and the record, it appears that, at this time, based on the information presented in the petition, petitioner fails to demonstrate that he is entitled to the requested writ of mandamus. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the

alleged wrong or obtain the requested action); <u>Barnett v. Broderick</u>, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 27, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2